# In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

## NO. 09-13-00336-CR
_____


## IN RE CHARLES PETERSON

_____

## Original Proceeding
_____

## MEMORANDUM OPINION

Charles Peterson seeks mandamus relief from a cost assessment contained in a judgment signed in 2010. *See generally* Tex. Code Crim. Proc. Ann. art. 26.05(g) (West Supp. 2012). To demonstrate his entitlement to mandamus relief compelling the performance of an allegedly ministerial act, a relator must present his request to the judge presiding in the court at the time of the request and prove that the trial judge received notice of the pleading. *See In re Morgan,* No. 07-10-00517-CV, 2011 WL 117300, at *1 (Tex. App.—Amarillo Jan. 13, 2011, orig. proceeding). The judge who signed the 2010 judgment is deceased, and Peterson has not shown that he presented a request to correct the judgment when that judge presided over

1

the trial court. *See id.* at *1. Furthermore, Peterson has not shown that he presented a request to correct the judgment to the judge who now holds office. *Id.* at *1, n.2. We also note Peterson failed to submit a record to support his mandamus petition and failed to serve the real party in interest with a copy of his petition and record. *See* Tex. R. App. P. 9.5, 52.3(k), 52.7(a), (c). We deny mandamus relief without prejudice.

PETITION DENIED.


PER CURIAM


Opinion Delivered August 28, 2013
Do Not Publish
Before McKeithen, C.J., Gaultney and Horton, JJ.